ROBERT LUBURICH, Plaintiff-Appellant, *v.* KENNETH SOPHIE, Defendant-Appellee.

(No. 57717;

First District (3rd Division)—August 30, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

Katz, Karacic & Mansfield, of Chicago, for appellant.

Robert J. Egan, of Chicago, for appellee.